# EXHIBIT 2

## **<u>REDACTED</u>**